AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FABRIZIO DELLA POLLA | ) | Case No.  4:17 MJ 7217  (SPM) |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**

SEP -1 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 28, 2012 to September 10, 2013  in the city of  St. Louis, MO  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Sections 371, 1956, 1957 & 1960 | Conspiracy to commit unlicensed money transmitting businesses; Conspiracy to commit money laundering; and Prohibition of unlicensed money transmitting businesses |

This criminal complaint is based on these facts:

see attached Affidavit which is incorporated herein by reference.

☐ Continued on the attached sheet.

*Complainant's signature*

MATT McKNIGHT, Special Agent
Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 1, 2017

*Judge's signature*

City and state:  St. Louis, Missouri

Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*